1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2

3  MARK L. KROTOSKI (CABN 138549)
   Chief, Criminal Division

4  NAHLA RAJAN (CSBN 218838)
   Special Assistant United States Attorney

5

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-6838

7      FAX: (415) 436-7234
       Email: nahla.rajan@usdoj.gov

8

9  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )    No.  3-06-70306 EDL
                                       )
14            Plaintiff,               )
                                       )
15     v.                              )    [~~PROPOSED~~] ORDER AND
                                       )    STIPULATION EXTENDING TIME
                                       )    UNDER RULE 5.1 AND EXCLUDING
16  ANTONIO MELENDEZ-TORRES,           )    TIME UNDER THE SPEEDY TRIAL ACT
    aka Antonio Torres Melendez,       )
17                                     )
                                       )
18            Defendant.               )
    _____)

19  The parties stipulate and agree, and the Court finds and holds, as follows:

20        1.  The parties appeared on the instant matter May 18, 2006 in front of the Honorable

21  Elizabeth D. Laporte for defendant's initial appearance on the complaint.  On May 18, 2006, the

22  matter was continued to June 6, 2006 for a detention hearing and to set an arraignment /

23  preliminary hearing.

24        2.  On May 18, 2006, Assistant Public Defender Steven G. Kalar, who represents the

25  defendant, requested an exclusion of time from May 18, 2006 to June 6, 2006, based on effective

26  preparation and continuity of counsel.  The defendant agreed to an extension of time for the

27  preliminary hearing under Federal Rule of Criminal Procedure 5.1(d) and an exclusion of time

28  under the Speedy Trial Act.  The parties agree that the time from May 18, 2006 to June 6, 2006

STIPULATION AND ~~PROPOSED~~ ORDER          1
3-06-70306 EDL

1  should be extended under Rule 5.1(d) and excluded in computing the time within which an

2  information or indictment must be filed.  See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

3      3.  In light of the foregoing facts, the failure to grant the requested exclusion would

4  unreasonably deny counsel for the defense the reasonable time necessary for effective

5  preparation, taking into account the exercise of due diligence.  See id.  The ends of justice would

6  be served by the Court excluding the proposed time period.  These ends outweigh the best

7  interest of the public and the defendant in a speedy trial.  See id. § 3161(h)(8)(A).

8      4.  For the reasons stated, the time period from May 18, 2006 to June 6, 2006 is extended

9  under Rule 5.1(d) and excluded from the calculation of time under the Speedy Trial Act, 18

10  U.S.C. § 3161(h)(8)(A).

11

12  IT IS SO STIPULATED.

13

14  DATED: _____          Respectfully Submitted,

15

16  _____/S/_____
     NAHLA RAJAN
17  Special Assistant United States Attorney

18

19  DATED: _____          _____/S/_____
     STEVEN G. KALAR
20  Counsel for Antonio Melendez-Torres

21

22  PURSUANT TO STIPULATION, IT IS SO ORDERED.

23

24  DATED: _ 6/2/06_____          _____
     HONORABLE ELIZABETH D. LAPORTE
25  United States Magistrate

26          IT IS SO ORDERED

27          Judge Elizabeth D. Laporte

28

STIPULATION AND ~~PROPOSED~~ ORDER          2
3-06-70306 EDL