1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CABN 138549)
3  Chief, Criminal Division

4  NAHLA RAJAN (CSBN 218838)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6838
7      FAX: (415) 436-7234
       Email: nahla.rajan@usdoj.gov
8

9  Attorneys for Plaintiff

**FILED**

JUN 1 9 2006

RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,      ) No. 3-06-70306 EDL
                                    )
14 |       Plaintiff,                )
                                    ) [PROPOSED] ORDER AND
15 | v.                              ) STIPULATION EXTENDING TIME
                                    ) UNDER RULE 5.1 AND EXCLUDING
16 | ANTONIO MELENDEZ-TORRES,       ) TIME UNDER THE SPEEDY TRIAL ACT
     aka Antonio Torres Melendez,    )
17                                   )
           Defendant.                )
18                                   )

19  The parties stipulate and agree, and the Court finds and holds, as follows:

20      1. The parties appeared on the instant matter May 18, 2006 in front of the Honorable

21  Elizabeth D. Laporte for defendant's initial appearance on the complaint. On May 18, 2006, the

22  matter was continued to June 6, 2006 for a detention hearing and to set an arraignment /

23  preliminary hearing. On June 6, 2006, the parties appeared in front of the Honorable Maria-

24  Elena James, and the matter was continued to June 16, 2006 for detention hearing and to set an

25  arraignment / preliminary hearing.

26      2. On June 6, 2006, Assistant Public Defender Steven G. Kalar, who represents the

27  defendant, requested an exclusion of time from June 6, 2006 to June 16, 2006, based on effective

28  preparation and continuity of counsel. The defendant agreed to an extension of time for the

STIPULATION AND PROPOSED ORDER        1
3-06-70306 EDL

1  preliminary hearing under Federal Rule of Criminal Procedure 5.1(d) and an exclusion of time
2  under the Speedy Trial Act. The parties are involved in discussions which appear likely to lead
3  to pre-indictment resolution of this case. Therefore, the parties are requesting an extension of
4  time under Rule 5.1(d) and an exclusion of time under the Speedy Trial Act. The parties agree
5  that the time from June 6, 2006 to June 16, 2006 should be extended under Rule 5.1(d) and
6  excluded in computing the time within which an information or indictment must be filed. See 18
7  U.S.C. § 3161(h)(8)(A) and (B)(iv).

8      3. In light of the foregoing facts, the failure to grant the requested exclusion would
9  unreasonably deny counsel for the defense the reasonable time necessary for effective
10 preparation, taking into account the exercise of due diligence. See id. The ends of justice would
11 be served by the Court excluding the proposed time period. These ends outweigh the best
12 interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A).

13     4. For the reasons stated, the time period from June 6, 2006 to June 16, 2006 is extended
14 under Rule 5.1(d) and excluded from the calculation of time under the Speedy Trial Act, 18
15 U.S.C. § 3161(h)(8)(A).

17 IT IS SO STIPULATED.

19 DATED: _____          Respectfully Submitted,

21                                   /S/
                                     NAHLA RAJAN
                                     Special Assistant United States Attorney

23 DATED: _____          /S/
                                     STEVEN G. KALAR
24                                   Counsel for Antonio Melendez-Torres

25 PURSUANT TO STIPULATION, IT IS SO ORDERED.

27 DATED: 6/19/06                    NANDOR VADAS
28                                   HONORABLE ~~MARIA-ELENA JAMES~~
                                     United States Magistrate Judge

STIPULATION AND PROPOSED ORDER          2
3-06-70306 EDL