1 | KEVIN V. RYAN (CSBN 118321)
    United States Attorney
2 |
3 | MARK L. KROTOSKI (CABN 138549)
    Chief, Criminal Division
4 | NAHLA RAJAN (CSBN 218838)
    Special Assistant United States Attorney
5 |
6 |   450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
7 |   Telephone: (415) 436-6838
     FAX: (415) 436-7234
8 |   Email: nahla.rajan@usdoj.gov

**FILED**

JUN 1 9 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. 3-06-70306 EDL |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER AND |
| v. | ) | STIPULATION EXTENDING TIME |
| | ) | UNDER RULE 5.1 AND EXCLUDING |
| ANTONIO MELENDEZ-TORRES, | ) | TIME UNDER THE SPEEDY TRIAL ACT |
| aka Antonio Torres Melendez, | ) | |
| Defendant. | ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

1. The parties appeared on the instant matter May 18, 2006 in front of the Honorable Elizabeth D. Laporte for defendant's initial appearance on the complaint. On May 18, 2006, the matter was continued to June 6, 2006 for a detention hearing and to set an arraignment / preliminary hearing. On June 6, 2006, the parties appeared in front of the Honorable Maria-Elena James, and the matter was continued to June 16, 2006 for detention hearing and to set an arraignment / preliminary hearing. On June 16, 2006, the matter was again continued to June 26, 2006 for detention hearing and to set an arraignment / preliminary hearing.

2. On June 16, 2006, Assistant Public Defender Steven G. Kalar, who represents the defendant, requested an exclusion of time from June 16, 2006 to June 26, 2006, based on

STIPULATION AND PROPOSED ORDER            1
3-06-70306 EDL

1 effective preparation and continuity of counsel. The defendant agreed to an extension of time for
2 the preliminary hearing under Federal Rule of Criminal Procedure 5.1(d) and an exclusion of
3 time under the Speedy Trial Act. The parties are involved in discussions which appear likely to
4 lead to pre-indictment resolution of this case. Therefore, the parties are requesting an extension
5 of time under Rule 5.1(d) and an exclusion of time under the Speedy Trial Act. The parties agree
6 that the time from June 16, 2006 to June 26, 2006 should be extended under Rule 5.1(d) and
7 excluded in computing the time within which an information or indictment must be filed. See 18
8 U.S.C. § 3161(h)(8)(A) and (B)(iv).

9     3. In light of the foregoing facts, the failure to grant the requested exclusion would
10 unreasonably deny counsel for the defense the reasonable time necessary for effective
11 preparation, taking into account the exercise of due diligence. See id. The ends of justice would
12 be served by the Court excluding the proposed time period. These ends outweigh the best
13 interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A).

14     4. For the reasons stated, the time period from June 16, 2006 to June 26, 2006 is
15 extended under Rule 5.1(d) and excluded from the calculation of time under the Speedy Trial
16 Act, 18 U.S.C. § 3161(h)(8)(A).

17

18 IT IS SO STIPULATED.

19

20 DATED: _____   Respectfully Submitted,

21

22                                        /S/
                            NAHLA RAJAN
23                             Special Assistant United States Attorney

24 DATED: _____             /S/
                            STEVEN G. KALAR
25                             Counsel for Antonio Melendez-Torres

26
PURSUANT TO STIPULATION, IT IS SO ORDERED.
27

28 DATED: 6/19/06                                NANDOR VADAS
                            HONORABLE ~~MARIA-ELENA JAMES~~
                            United States Magistrate Judge